IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JAMES E. COLE,

    Plaintiff,

v.   Civil Action No. 3:11-CV-1833-M-BK

FEDERAL HOME LOAN MORTGAGE
CORP. and BAC HOME LOANS
SERVICING, L.P.,

    Defendants,

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendants' *Motion to Dismiss* is **GRANTED,** and the complaint is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 21st day of February, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS